# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### UNITED STATES OF AMERICA

**FILED**
JUN 13 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

**V.**

## CRIMINAL COMPLAINT

Miguel Jimenez

Case Number: A-11-M-432

I, Clifford Jaeger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 10th, 2011, in Austin, Travis County, in the Western District of Texas, defendant did possess with the intent to distribute Cocaine, a schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.** Attached Affidavit

Continued on the attached sheet and made a part hereof:   [X] YES   ☐ NO

_____ 3761
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 13th, 2011                                    AT    Austin, Travis County, Texas
_____                              _____
Date                                                    City and State

Andrew Austin, U.S. Magistrate Judge                    _____
_____                               Signature of Judicial Officer
Name and Title of Judicial Officer

Affidavit
Re: Criminal Complaint of Arrest Warrant
USA v. Miguel Jimenez

The following information is a result of my investigation and information provided to me by other law enforcement sources:

In the month of June, 2011, Affiant received information that a subject named Miguel Jimenez was dealing large quantities of cocaine. Affiant researched the subject and he was positively identified as Miguel Jimenez, Hispanic male, born 05-09-1971. Affiant researched Jimenez and found that he had an outstanding federal probation violation for his arrest.

On 06-10-2011, the Austin Police Department Gang Unit conducted surveillance and located Jimenez. He was seen going in and out of a store in a business park located near the Wal-Mart at 1030 Norwood Park. He then entered a white four-door Toyota Camry and motioned at another vehicle to follow him. The other vehicle was a black four-door Volvo. Surveillance followed both vehicles to the 100 blk of W. Lola Dr, Austin, Texas. Jimenez exited the car and went into a residence. Surveillance was not able to identify the exact residence that was entered. He then walked back outside and approached the Volvo. Detective Flannery saw Jimenez carrying a white plastic bag as he approached the car. Jimenez walked to the vehicle and appeared to show the driver and only occupant in the Volvo the contents in the white plastic bag. The subject in the Volvo then got out of the car and they both went to the trunk of the Volvo. Detectives felt that a narcotics transaction was occurring based on both subjects actions. They moved in on both subjects planning to place Jimenez in custody for the outstanding warrant. Both subjects saw the arrest team moving in, and fled on foot. Jimenez dropped the aforementioned bag while running.

Detectives were able to apprehend Jimenez, and also took custody of the aforementioned bag. The bag contained suspected cocaine. The suspected cocaine was later tested and weighed, and the test revealed positive results for the presence of cocaine and an approximate weight of 13 ounces (370 grams).

Based on the above information, I believe probable cause exists to show that Miguel Jimenez has violated Title 21 United States Code, Section 841 (a)(1) in Austin, Travis County, Western Judicial District of Texas.